UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERIC ROBINSON

VERSUS

AMBER VITTORIO, ET AL.

CIVIL ACTION

NO. 17-1636-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 28) dated January 16, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss, (Doc. 26) filed on behalf of Defendants, Amber Vittorio and Mary Anthony, is GRANTED and that this action is DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 31, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**